IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Ruben Rangel-Ibarra, | ) | C/A No. 1:14-34-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| John Doe 1, Correctional Officer; John Doe 2, Warden of the FCI at Edgefield; John Doe 3, Correctional Officer; Charles E. Samuels, Jr., Director of the Federal Bureau of Prisons et al., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff, proceeding *pro se*, is a federal prisoner incarcerated in Beaumont, Texas. Plaintiff filed a complaint pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388, 397 (1971), alleging a violation of his constitutional rights. ECF No. 1. On January 21, 2014, the court issued an order providing Plaintiff an opportunity to submit the documents necessary to bring the case into proper form for evaluation and possible service of process. ECF No. 7. The order directed Plaintiff to provide the financial and service documents necessary to advance this case and warned Plaintiff that failure to provide the information within a specific time period would subject the case to dismissal. *Id.* Plaintiff did not respond to the order and the time for response has lapsed. As Plaintiff has failed to prosecute this case and has failed to comply with an order of this court, the case is **dismissed** *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

February 24, 2014
Florence, South Carolina

s/R. Bryan Harwell
R. Bryan Harwell
United States District Judge